IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY A. BLEVINS,
    Plaintiff,

vs.                                    CASE NO.: 3:08cv309/LAC/MD

RON McNESBY, et al.,
    Defendants.

---

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 12, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process, or in the alternative, for failure to state a claim pursuant to § 1915(e)(2)(B)(ii).

    DONE AND ORDERED this 16th day of October, 2008.

                                                  s/*L. A. Collier*
                                                  **LACEY A. COLLIER**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**